**[J-34-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF WILLIAM ANDERSON AS DEMOCRATIC CANDIDATE FOR THE 24TH LEGISLATIVE DISTRICT OBJECTION OF: L'OREAL SNELL, AMANDA GREEN-HAWKINS AND ERIN WISE | : : : : : : : : : : | No. 9 WAP 2024<br><br>Appeal from The Order of the Commonwealth Court entered March 4, 2024 at No. 95 MD 2024.<br><br>SUBMITTED: March 19, 2024 |
| APPEAL OF: WILLIAM ANDERSON | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 22nd day of March, 2024, the order of the Commonwealth Court is **AFFIRMED**.

Chief Justice Todd and Justice Wecht did not participate in the consideration or decision of this matter.